MARCH 11, 2015

RECEIVED IN
The Court of Appeals
Sixth District

MAR 1 6 2015

Texarkana, Texas
Debra Autrey, Clerk

FILED IN
The Court of Appeals
Sixth District

MAR 1 6 2015

Texarkana, Texas
Debra K. Autrey, Clerk

Court of Appeals
Sixth District
100 N. State Line #20
TEXARKANA TX 75501

RE: 06815-00011-CV
Rivard v. Texas

Dear Clerk:

Today I Received Your MARCH 4 NOTICE Regarding a MARCH 19 RESPONSE due in the above-Numbered matter.

I INTEND To demonstrate the Court's Jurisdiction And hereby Request additional time to do so, as my Unit is Currently on lockdown. I have NO Access to the law library and REQUEST EXTENSION To MARCH 30, 2015.

Gratefully,

David Rivard
P O Box 9000
Henderson TX 75653